THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Charles E.
 Garza, Appellant.
 
 
 

Appeal From Greenville County
 Diane Schafer Goodstein, Circuit Court
 Judge
Unpublished Opinion No.  2008-UP-158
Submitted March 3, 2008  Filed March 12,
 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, South Carolina Commission of
 Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 John Benjamin Aplin, South Carolina Department of Probation,
 Parole, and Pardon Services, of Columbia, for Respondent.
 
 
 

PER CURIAM: Charles Garza appeals his probation
 revocation, arguing the amount of revocation is unconstitutionally disproportionate and constitutes cruel and unusual
 punishment.  After a thorough review of
 the record and counsels brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Garzas appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
ANDERSON, SHORT, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.